THE CITY OF TOLEDO ET AL., APPELLEES, *v.* THE STATE OF OHIO, APPELLANT.

[Cite as *Toledo v. State,* 122 Ohio St.3d 542, 2009-Ohio-4117.]

*Court of appeals' judgment reversed on the authority of Lima v. State.*

(No. 2008-0975 — Submitted July 14, 2009 — Decided August 20, 2009.)

APPEAL from the Court of Appeals for Lucas County, No. L-07-1261,

2008-Ohio-1957.

_____

{¶ 1}   The judgment of the court of appeals is reversed on the authority of *Lima v. State*, 122 Ohio St.3d 155, 2009-Ohio-2597, 909 N.E.2d 616.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

_____

Richard Cordray, Attorney General, Benjamin C. Mizer, Solicitor General, and Sharon A. Jennings and Pearl M. Chin, Assistant Attorneys General, for appellant.

Kalniz, Iorio & Feldstein Co., L.P.A., and Donato Iorio, for amici curiae Toledo Police Patrolman's Association and Toledo Fire Fighters Local 92 in support of appellant.

_____